**Order entered March 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00806-CV

## MARIAMA MANSARAY, Appellant

## V.

## MARY PHILLIPS, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16263**

## ORDER

By letter dated December 30, 2020, we notified appellant her brief failed to comply with rule 38 of the Texas Rules of Appellate Procedure and directed her to file an amended brief that complied with rule 38 within ten days. To date, appellant has not filed an amended brief.

Accordingly, we **ORDER** the appeal submitted on appellant's December 6, 2019 brief. Appellee's brief shall be filed within **THIRTY DAYS** of the date of

this order.

/s/     BILL WHITEHILL
JUSTICE